# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TORONZO THOMPKINS

NO. 2023 KW 0038

**MARCH 13, 2023**

---

In Re:   Toronzo Thompkins, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 528713.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.s.D
_____
DEPUTY CLERK OF COURT
FOR THE COURT